UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CRIMINAL ACTION NO. 22-51-DLB

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.            **RESPONSE TO MOTION FOR BRADY MATERIAL**

ANTHONY M. WYNN                                                                          DEFENDANT

\* \* \* \* \*

The Defendant's motion for exculpatory material [R. 35] should be denied because the Court's pretrial order already requires the United States to provide "pretrial disclosure of any Brady material discoverable under Rule 16(a)(1)" and "disclosure of all other Brady material 'in time for effective use at trial.'" [R. 21: Pretrial Order at Page ID# 37.] There is no suggestion that the United States failed or refused to comply with that Order.[1] Accordingly, there is no basis for the redundant relief sought.

Additionally, the motion articulates disclosure obligations that far exceed those required by statute, rule, or case law. It effectively demands that the United States gather a list of all individuals involved in the investigation of this matter and a compendium of all information relating to such individuals, regardless of whether the United States intends to call them at trial or even possesses such information. The

---

[1] And, indeed, the United States has complied with its pretrial disclosure obligations, and will continue to meet its obligations under the Pretrial Order, Rule 16, *Brady*, *Giglio*, the Jencks Act, and Rule 26.2.

United State is not required to conduct an ancillary investigation into the personal background of every potential witness for the defense. It is required to comply with Rule 16 of the Rules of Criminal Procedure, 18 U.S.C. § 3500, the Court's Pretrial Order, and the obligation to disclose exculpatory material. The United States has met these requirements and will continue to do so.

The Defendant's motion seeks relief without a dispute and demands information exceeding the scope of legal authority in this area. The motion should be denied.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: s/ Anthony Bracke
Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell, KY 41017
PHONE: 859-655-3200
Anthony.Bracke@usdoj.gov

## CERTIFICATE OF SERVICE

On December 29, 2022, I electronically filed this document through the ECF System, which will deliver a copy of the foregoing to counsel for the Defendant.

s/ Anthony J. Bracke
Assistant United States Attorney