# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **KENTUCKY-NO DIV AT COV**

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| ANTHONY MARIO WYNN | Case Number: **2:22-cr-51-DLB-CJS** |

| PRESIDING JUDGE<br>**Magistrate Judge Candace Smith** | PLAINTIFF'S ATTORNEY<br>**Anthony Bracke** | DEFENDANT'S ATTORNEY<br>**Kerry Neff** |
|---|---|---|
| TRIAL DATE (S)<br>**4/3/2023 Evidentiary Hearing (Part 2)** | COURT REPORTER<br>**Linda Mullen** | COURTROOM DEPUTY<br>**Lynn Voskuhl** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 4/3/2023 | | | **Officer Bradley Tyler Morris, Covington Police Dept.** |
| E1 | | " " | X | X | **Officer Morris' body camera of traffic stop of defendant**        no obj. |
| E8 | | " " | X | X | **Search Warrant of defendant's cell phone (March 30, 2022) by Officer Morris**        no obj. |
| E9 | | " " | X | X | **Search Warrant of defendant's cell phone (April 20, 2022) by Officer Morris**        no obj. |
| | E1 | " " | X | X | **Uniform Citation by Officer Morris (in car camera checked)**    no obj. |
| | E2 | " " | X | X | **Uniform Citation by Officer Morris (video checked)**    no obj. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages