**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL CASE NO. 22-51-DLB-CJS**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**v.**                                           **<u>ORDER</u>**

**ANTHONY MARIO WYNN**                                          **DEFENDANT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Pursuant to paragraph 6 of the Court's General Order 22-19 dated December 22, 2022, which authorizes a district judge to reassign a case to another district judge willing to accept the assignment,

**IT IS ORDERED** that this case is **REASSIGNED** to Chief Judge Danny C. Reeves. This 23rd day of October, 2023.



Signed By:
<u>David L. Bunning</u> DB
United States District Judge